ORIGINAL

**WILLIAM D. ROTBLUT**
**399 EAST 72ND STREET #15F**
**NEW YORK, NY 10021**
**212-396-1202**
F 212-396-1205

February 14, 2008

Hon. Judge Victor Marrero
United States District Judge
40 Centre Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-08
```

Sent by fax: (212) 805-6382
  Rotblut v. American Express Company et al.
  07 cv 7482

Dear Judge Marrero:

  This is to request a rescheduling of the conference now set for February 22, 2008. This is the first request for adjournment.

  This request is made for two reasons. First, we have reached agreement to settle with defendant American Express but terms of that settlement will not be completed by this date and we will not be able to file a Notice of Discontinuance by then.

  Secondly, I am handicapped in that I am legally blind. As a result I am unable to move about the city when there is ice on the ground and I can not see it. Accordingly, I am now in Florida. I will return to New York in early April and request this hearing be rescheduled for that time. I have also recently suffered a stroke and my travel is restricted as a result.

  For the above reasons, I respectfully request that this hearing be rescheduled for

April 17, 2008. I have notified both defendants of this request by serving each of them with a copy of this letter by fax. Thank you.

Very truly yours,

William D. Rotblut

c.c. Ms Melodye King
    Counsels Office
    American Express
    By Fax: (623) 444-3186

    Mr. Gil Santamarina
    Attorney for Ben Hur Moving and Storage, Inc.
    By Fax: (212) 448-0066

Request GRANTED. The *initial*
conference herein is rescheduled to 4-25-08
at 5:00 p.m.

SO ORDERED.

2-14-08
DATE    VICTOR MARRERO, U.S.D.J.