UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM D. ROTBLUT and
LOIS B. ROTBLUT

        Plaintiffs

-against-

AMERICAN EXPRESS COMPANY and
BEN HUR MOVING AND STORAGE, INC.

        Defendants

DOCKET NO. 07 cv. 7482

Judge Marrero

NOTICE OF DISCONTINUANCE

RECEIVED MAR 07 2008 PRO SE OFFICE

  The plaintiffs, having settled this matter with the defendant American Express Company, hereby discontinue this action with prejudice against that defendant. This discontinuance does not effect the action against the other defendant.

Dated: New York, NY
   February 27, 2008

                  Lois B. Rotblut
                  Plaintiff

                  William D. Rotblut
                  Plaintiff

SO ORDERED:
3-11-08
DATE  VICTOR MARRERO, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-11-08