RECEIVED MAR 07 2008 PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM D. ROTBLUT and
LOIS B. ROTBLUT

                Plaintiffs

-against-

AMERICAN EXPRESS COMPANY and
BEN HUR MOVING AND STORAGE, INC.

                Defendants

DOCKET NO. 07 cv. 7482

Judge Marrero

NOTICE OF DISCONTINUANCE

The plaintiffs, having settled this matter with the defendant American Express Company, hereby discontinue this action with prejudice against that defendant. This discontinuance does not effect the action against the other defendant.

Dated: New York, NY
February 27, 2008

_____
Lois B. Rotblut
Plaintiff

_____
William D. Rotblut
Plaintiff

SO ORDERED:
3-11-08
DATE    VICTOR MARRERO, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-11-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM D. ROTBLUT and
LOIS B. ROTBLUT

DOCKET NO. 07 cv. 7482

                       Plaintiffs

Judge Marrero

-against-

PROOF OF
SERVICE

AMERICAN EXPRESS COMPANY and
BEN HUR MOVING AND STORAGE, INC.

                       Defendants

The plaintiffs have served a copy of the attached Notice of Discontinuance upon both defendants by mailing a copy to the attorney's for each party by First Class mail.

Dated: New York, NY
         February 27, 2008

Lois B. Rotblut
Plaintiff

William D. Rotblut
Plaintiff