```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
WILLIAM D. ROTBLUT, et. al.          :
                                     :    07 Civ 7482
                  Plaintiff,         :
                                     :
    - against -                      :    NOTICE OF CONFERENCE
                                     :
AMERICAN EXPRESS et al.,             :
                                     :
                  Defendants.        :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

　　All parties are advised that a conference before Judge Marrero has been scheduled for August 25, 2008 at 3:30 p.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York.

　　Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED.**

Dated:    New York, New York
          7 August 2008

　　　　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　　　　 U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-7-08
```